# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARKIN T. CHANDLER, <br><br> Defendant. | PO-18-05061-BLG-TJC <br> Violation No. 6610139 <br> Location Code: M17 <br><br> ORDER TO AUTHORIZE PAYMENT PLAN |

Upon the unopposed motion of the United States (Doc. 3) and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $80.00 for Violation Notice 6610139 in two installments consisting of $50.00 on the first day of December 2018 and one installment of $30.00 on the first day of January 2019.

DATED this 2nd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge